[No. 493-2.    Division Two.    July 18, 1972.]

THE CITY OF ABERDEEN, *Respondent*, v. ALVIN E. ZACK, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 59477, John H. Kirkwood, Jr., J., entered March 12, 1971. *Affirmed* by unpublished per curiam opinion.

[No. 487-2.    Division Two.    July 19, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANE MARIE SIMMS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 39778, Robert A. Jacques, J., entered March 30, 1971. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Petrie, C.J. and Pearson, J.

[No. 359-3.    Division Three.    July 24, 1972.]

ARTHUR E. SWANSON et al., *Appellants*, v. CORONET ENTER-PRISES, INC., *et al., Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 196638, George T. Shields, J., entered May 1, 1970. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Evans J.

[No. 971-1.    Division One—Panel 2.    July 24, 1972.]

ROBERT D. USHER, *Appellant*, v. HAROLD DROTSMANN et al., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 709563, Charles Z. Smith, J., entered October 27, 1970. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, A.C.J., and Armstrong, J.